UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24578-CIV-LENARD

MIAMI BEACH MARINA ASSOCIATES, LTD.,

    Plaintiff,

vs.

M/V "VIKING FJORD," *et al., In Rem,*

    Defendant.
_____/

## ORDER DENYING JOINT MOTION TO SEAL (D.E. 10) AND DIRECTING CLERK OF THIS COURT TO REDACT PAGE 8 OF COMPLAINT

**This Cause** is before the Court on the Parties' Joint Motion to Seal Exhibit A to the Verified Complaint (D.E. 10), filed on February 1, 2011. The Court does not find that this case contains the special circumstances that warrant the extraordinary remedy of sealing a document in the public record. However, all personal identifiers and private financial information should have been redacted by Plaintiff prior to filing the Verified Complaint (D.E. 1). Accordingly, the Parties Joint Motion to Seal is **DENIED**, and the Clerk of this Court is directed to redact page 8 of the Verified Complaint, removing only the owner's social security number, credit card number and expiration date.[1]

---

[1] The Clerk may take whatever steps necessary to accomplish this, *e.g.*, striking the Verified Complaint and uploading a redacted version.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of February, 2011.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**